# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 01CR2310-H |
| Plaintiff, | |
| v. | JUDGMENT AND ORDER OF DISMISSAL |
| HILDA CONSUELO RUIZ-NEVARES (1), | |
| Defendant. | |

Based upon the motions of the United States (Doc. Nos. 28 and 29), the Court grants the United States' motions to dismiss without prejudice the Indictment and Superseding Indictment in the above entitled case against defendant Hilda Consuelo Ruiz-Nevares. The defendant is hereby discharged as to this case only and the arrest warrant issued on October 17, 2001 is hereby recalled. The Judgment on Default against the surety filed on December 19, 2001 (Doc. No. 21) remains undisturbed by this Judgment and Order of Dismissal.

IT IS SO ORDERED AND ADJUDGED.

DATED: July 11, 2017

_____
HONORABLE MARILYN L. HUFF
UNITED STATES DISTRICT JUDGE